release him conditionally to the structured environment of the corrections system if he continued taking his medication. It clearly said he would not be granted a "conditional release and allow him to go into the community."

It cannot be said this court has a firm belief the judgment was wrong. *State v. Terry*, 682 S.W.2d 889, 892 (Mo.App.1984).

By way of a reply brief Singh quarrels that the court was without jurisdiction even to order him to corrections. This assertion is untimely, without authority and without merit.

Upon any release, Singh would have to be delivered to the custody of the Department of Corrections to complete his prison sentence. The nature of a conditional release requires some later determination before an unconditional release. That determination can be made on application after the service of sentence. The judgment is affirmed.

**PER CURIAM.**

Movant appeals from the denial of his Rule 24.035 motion.

Movant pled guilty to two counts of first degree robbery and two counts of armed criminal action. Pursuant to the plea agreement, he received concurrent sentences of 20, 20, 10, and 10 years.

In his Rule 24.035 motion, movant alleges he received ineffective assistance of counsel in two respects. First, counsel failed to spend adequate time to prepare movant's case. Second, counsel failed to explain all the elements of the crimes to him.

The trial court's findings and conclusions are supported by the record and are not clearly erroneous. An extended opinion would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).

**John BROWN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 58715.

Missouri Court of Appeals,
Eastern District,
Division One.

June 28, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 21, 1991.

Application to Transfer Denied Oct. 16, 1991.

Ellen A. Blau, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent.

**Robert H. FOSTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 59347.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 28, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 21, 1991.

Application to Transfer Denied Oct. 16, 1991.

Robert H. Foster, Jefferson City, pro se.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.